Case 4:19-cr-00124-Y Document 1 Filed 01/14/19 Page 1 of 3 PageID 1

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 4 2019

CLERK U.S. DISTRICT COURT
By: _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

BRITTANY ANN COLE (1)

No. 4:19-MJ- 046

## CRIMINAL COMPLAINT

I, Inspector K. Martin, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

On or about December 20, 2018, in the Fort Worth Division of the Northern District of Texas, **Brittany Ann Cole** did unlawfully have in her possession mail matter, specifically check number 7558 in the amount of $428.28, sent by victim E. M. W. of North Richland Hills, TX, which had been stolen, taken, embezzled and abstracted from the United States Mail, knowing said mail matter to have been stolen, in violation of 18 U.S.C. § 1708.

**Probable Cause:**

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS), and have been so employed for six years. I am currently assigned to the Mail Theft/Violent Crimes Team for the Fort Worth Division, and I am responsible for investigating mail theft, robberies, burglaries, access device fraud, and identity theft cases involving the U.S. Mail.

2. On or about October 22, 2018, victim S. O. of Watauga, Texas placed check number 5095 in the blue collection boxes outside the Watauga Post Office.

On or about December 15, 2018, check number 5095 was fraudulently altered and paid to the order of A. G. The check was negotiated at the Chase Bank in Roanoke, Texas.

3.  On or about December 13, 2018, victim A. D. S. of Watauga, Texas placed check number 1383 in the amount of $282.87 in the blue collection boxes outside the Watauga Post Office. On or about December 18, 2018, victim A. D. S. discovered check number 1283 had been fraudulently altered and paid to the order of A.G. The check was negotiated at the Chase Bank in Roanoke, Texas.

4.  On or about December 20, 2018, Chase Bank of Roanoke, Texas contacted Roanoke Police Department after a customer purporting themselves to be A. G. presented altered check number 7558 in the amount of $428.28 in the drive-thru line. Roanoke Police Department responded to Chase Bank and attempted to initiate a traffic stop on the vehicle. The driver of the vehicle failed to yield and a high-speed pursuit initiated. Roanoke Police Department made contact with the driver, **Brittany Ann Cole,** as she fled the vehicle.

5.  A search of the vehicle uncovered multiple personal identifiers, credit cards, social security cards, copies of personal documents, a fishing device used to steal mail from blue collection boxes and numerous checks. Approximately 200 checks were recovered from the vehicle exceeding $274,000.00. Many had been altered to include the names **Brittany Ann Cole** and A.G.

6. A review of the checks determined many had been stolen from blue collection boxes. This included check number 7558 which belonged to victim E. M. W. of North Richland Hills, Texas.

7. Based upon the foregoing facts and information, I respectfully submit that there is probable cause to believe that **Brittany Ann Nicole** knowingly possessed stolen mail matter, in violation of 18 U.S.C. § 1708.

K. Martin
U.S. Postal Inspector

Sworn to before me, and subscribed in my presence on January 14, 2019 at 2:28 p.m., at Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge